**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   MARCIA LATRON BYRD    §    Case No.: 11-34972
§
§
§
§
Debtor(s)                       §
_____

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 08/26/2011.

2) This case was confirmed on 11/17/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 07/16/2012.

6) Number of months from filing to the last payment:  10

7) Number of months case was pending:  12

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     3,550.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 3,654.00 |
| Less amount refunded to debtor | $ | 348.00 |
| **NET RECEIPTS** | $ | 3,306.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,984.96 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 171.04 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,156.00 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HERITAGE ACCEPTANCE | SECURED | 8,000.00 | 8,345.58 | .00 | 150.00 | .00 |
| HERITAGE ACCEPTANCE | UNSECURED | 8,000.00 | 8,345.58 | 8,345.58 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 521.00 | 570.50 | 570.50 | .00 | .00 |
| ILLINOIS BELL TELEPH | UNSECURED | 340.00 | 340.91 | 340.91 | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 587.00 | 233.00 | 233.00 | .00 | .00 |
| CB USA INC | UNSECURED | 200.00 | 200.00 | 200.00 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 350.00 | 602.37 | 602.37 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 3,410.00 | 3,456.64 | 3,456.64 | .00 | .00 |
| DEPT OF EDUCATION/NE | UNSECURED | 2,272.00 | .00 | .00 | .00 | .00 |
| DEPT OF EDUCATION/NE | UNSECURED | 3,286.00 | .00 | .00 | .00 | .00 |
| DEPT OF EDUCATION/NE | UNSECURED | 2,627.00 | .00 | .00 | .00 | .00 |
| DEPT OF EDUCATION/NE | UNSECURED | 2,607.00 | .00 | .00 | .00 | .00 |
| EQUIFAX | OTHER | .00 | NA | NA | .00 | .00 |
| EXPERIAN | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST BANK OF DELAWA | UNSECURED | 579.00 | NA | NA | .00 | .00 |
| HORIZON HEALTHCARE A | UNSECURED | 380.00 | NA | NA | .00 | .00 |
| STATE OF IL DEPT OF | UNSECURED | 1,949.00 | 1,853.61 | 1,853.61 | .00 | .00 |
| IL DEPT OF HUMAN SER | UNSECURED | 981.00 | 981.00 | 981.00 | .00 | .00 |
| IL DEPT OF HUMAN SER | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 1,050.00 | 8,750.67 | 8,750.67 | .00 | .00 |
| IQ TELECOM | UNSECURED | 293.00 | NA | NA | .00 | .00 |
| J&A MANAGEMENT | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL CO | UNSECURED | 986.00 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 8,504.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 4,260.00 | 4,389.00 | 4,389.00 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 481.00 | 480.59 | 480.59 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 351.00 | NA | NA | .00 | .00 |
| RENT A CENTER | UNSECURED | 5,086.00 | .00 | 5,584.38 | .00 | .00 |
| RENT A CENTER | OTHER | .00 | NA | NA | .00 | .00 |
| RENT A CENTER | OTHER | .00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 696.00 | 695.50 | 695.50 | .00 | .00 |
| SOUTH SUBURBAN CARDI | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| SOUTHWEST LABS PHYSI | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| SULLIVAN URGENT AID | UNSECURED | 710.00 | NA | NA | .00 | .00 |
| SVM MANAGEMENT | UNSECURED | 1,835.00 | NA | NA | .00 | .00 |
| SVM MANAGEMENT | OTHER | .00 | NA | NA | .00 | .00 |
| SVM MANAGEMENT | OTHER | .00 | NA | NA | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 1,161.00 | 329.81 | 329.81 | .00 | .00 |
| T MOBILE | OTHER | .00 | NA | NA | .00 | .00 |
| TRANS UNION | OTHER | .00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 2,774.00 | 2,134.14 | 2,134.14 | .00 | .00 |
| US CELLULAR | OTHER | .00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 350.00 | 343.23 | 343.23 | .00 | .00 |
| VILLAGE OF HOMEWOOD | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| VILLAGE OF SOUTH HOL | UNSECURED | .00 | NA | NA | .00 | .00 |
| RENT A CENTER | OTHER | .00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | NA | 354.00 | 354.00 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 761.72 | 761.72 | .00 | .00 |
| MAX FLOW CORP | UNSECURED | NA | 190.52 | 190.52 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 1,100.00 | 1,100.00 | .00 | .00 |
| GRANITE RECOVERY LLC | UNSECURED | NA | 546.25 | 546.25 | .00 | .00 |
| RENT A CENTER | SECURED | NA | 5,584.38 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | 150.00 | .00 |
| **TOTAL SECURED:** | .00 | 150.00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 42,243.42 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,156.00 |
| Disbursements to Creditors | $ | 150.00 |
| **TOTAL DISBURSEMENTS:** | $ | 3,306.00 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   08/16/2012          /s/ Tom Vaughn
                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**